**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JAMES WONG, ET AL. | : |
| | : |
| v. | : CIVIL CASE NO.: 3:16-cv-01873-VAB |
| | : |
| STATE DEPARTMENT OF EDUCATION, | : |
| ET AL. | : MARCH 7, 2019 |

<u>**MOTION FOR LEAVE OF COURT TO WITHDRAW APPEARANCE**</u>

Undersigned counsel for Plaintiffs James Wong and Suzanne Hoy, pursuant to Local Civil Rule 7e, hereby requests leave of the Court to withdraw her appearance in the above-captioned matter.

Plaintiffs filed the case *pro se* in the Connecticut Superior Court on November 9, 2016. The case was removed to federal court on November 15, 2016. Plaintiffs were *pro se* until November 13, 2018, nearly two years, when undersigned counsel appeared to participate in a settlement conference. The settlement conference proceeded during the entirety of the afternoon on February 14, 2019.

Subsequent to the settlement conference communications between Plaintiffs and Defendant Southington Board of Education revealed that the differences between the parties are so vast and complex, beyond the issues pending in the above-captioned case, that Plaintiffs are their best advocates because of their knowledge of all the issues so that they would be better served either proceeding *pro se* or with a firm able to address all the issues impacting this proceeding that have surfaced since the settlement conference.

PLAINTIFFS' COUNSEL

BY: _____
Rachel M. Baird (ct12131)
Attorney Rachel M. Baird
15 Burlington Road
Harwinton, CT 06791
Tel: (860) 605-9340
Fax: (860) 605-9342
Email:  rbaird@rachelbairdlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

_____
Rachel M. Baird
Commissioner of the Superior Court

2