## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JAMES WONG, ET AL.                    :
                                      :
v.                                    :   CIVIL CASE NO.: 3:16-cv-01873-VAB
                                      :
STATE DEPARTMENT OF EDUCATION,        :
ET AL.                                :   APRIL 15, 2019

### AFFIDAVIT OF RACHEL M. BAIRD

I, Rachel M. Baird, hereby state and declare under penalty of perjury:

1. I sent by United States first-class mail, return receipt, the attached Motion for Leave of Court to Withdraw Appearance.

2. I received a green card indicating that the Plaintiff received the envelope containing the Motion.

3. Exhibit A attached to this Affidavit is a true and accurate copy of the green card I received indicating that the Plaintiff received the envelope containing the Motion.

_____
Rachel M. Baird

Sworn to before me on this 15th day of April 2019 at Harwinton, CT.

_____
Notary Public
Patricia Ann Monterio
My Commission Expires: May 31, 2021