**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JAMES WONG, ET AL. | : |
| | : |
| v. | : CIVIL CASE NO.: 3:16-cv-01873-VAB |
| | : |
| STATE DEPARTMENT OF EDUCATION, | : |
| ET AL. | : APRIL 15, 2019 |

## CERTIFICATION OF SERVICE

Undersigned counsel for Plaintiffs James Wong and Suzanne Hoy hereby certifies that the following documents were mailed certified United States mail on April 15, 2019, to Plaintiffs Suzanne Hoy and James Wong, 601 Main Street, PO Box 102, Plainville, CT 06479:

1. Motion for Leave of Court to Withdraw Appearance dated March 7, 2019;

2. Affidavit of Rachel M. Baird dated April 15, 2019; and

3. United States Postal Service Return Receipt (Green Card) for service of Motion for Leave of Court to Withdraw Appearance dated March 7, 2019.

PLAINTIFFS' COUNSEL

BY: _____
Rachel M. Baird (ct12131)
Attorney Rachel M. Baird
15 Burlington Road
Harwinton, CT 06791
Tel: (860) 605-9340
Fax: (860) 605-9342
Email:  rbaird@rachelbairdlaw.com

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically and served by certified United States mail on Plaintiffs Suzanne Hoy and James Wong, 601 Main Street, PO Box 102, Plainville, CT 06479, on April 15, 2019. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

_____

Rachel M. Baird
Commissioner of the Superior Court